IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| RONNIE LEE RUSSELL, JR.,   ) | |
| ) | |
| Plaintiff,   ) | |
| v.   ) | CASE NO. 2:07-cv-0379-MEF |
| ) | |
| FRED WHITE, *et al.*,   ) | |
| ) | |
| Defendants.   ) | |

## **O R D E R**

On July 9, 2007, the Magistrate Judge filed a Recommendation (Doc. #5) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is adopted.

2. This case is DISMISSED without prejudice for failure of the plaintiff to file an amendment to his complaint in compliance with the order of this court and his failure to properly prosecute this action.

DONE this the 31st day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE